UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JAMES HOWELL, ET AL.,<br><br>                PLAINTIFFS<br><br>v.<br><br>ADVANTAGE PAYROLL SERVICES, INC., ET AL.,<br><br>                DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 2:16-CV-438 |
| PRECISION PAYROLL SERVICES, LLC,<br><br>                PLAINTIFF<br><br>v.<br><br>ADVANTAGE PAYROLL SERVICES, INC.,<br><br>                DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 2:16-CV-439 |

ORDER OF RECUSAL

I hereby disqualify myself from proceedings in these matters.

SO ORDERED.

DATED THIS 29TH DAY OF SEPTEMBER, 2016

                                              /S/D. BROCK HORNBY
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**